UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ELIJAH DARLEY L. WILLIAMS,

        Defendant.

CASE NO. MJ 10-5085

DETENTION ORDER

Offense charged:

   Felon in Possession of a Firearm

Date of Detention Hearing: In District of Oregon, July 2, 2010

   Initial Appearance in this District July 7, 2010

   The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

1         FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

2    (1)   The Complaint and Warrant were signed in this district on May 13, 2010. Defendant
3          was arrested in the District of Oregon, however. On July 2, 2010, the court in that
4          district conducted a full detention hearing, together with a probable cause hearing.
5          Defendant was present and represented by counsel at that hearing. The court had
6          before it a pretrial services report.

7    (2)   The pretrial services report included, inter alia, the following information. Defendant
8          has a lengthy criminal record, most of which involve misdemeanors. A search of his
9          residence produced evidence that he has been involved in dog fighting. He has used at
10         least six aliases.

11   (3)   The minutes of the court hearing in Oregon include, "The defendant is detained on
12         both flight and danger risks." There was no specific written "Detention Order"
13         entered, however.

14   (4)   Given the fact that the court conducted a full detention hearing, it is therefore neither
15         necessary nor appropriate for this court to conduct another detention hearing, now that
16         defendant has been transported to this district

17   (5)   This order is without prejudice to defendant's opportunity to move to re-open the issue
18         of detention, if he can adduce new evidence which meets the statutory standard for a
19         motion to reopen. 18 U.S.C. Sec. 3142(f).

20   It is therefore ORDERED:

21   (1)   Defendant shall be detained pending trial and committed to the custody of the
22         Attorney General for confinement in a corrections facility separate, to the extent
23         practicable, from persons awaiting or serving sentences or being held in custody
24         pending appeal;

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of July, 2010.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)