JUDGE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELIJAH DARLEY L. WILLIAMS<br><br>　　　　Defendants | )<br>) Case No.:  CR10-5523 RBL<br>)<br>)<br>) ORDER AMENDING SENTENCE TO<br>) RECOMMEND RDAP.<br>)<br>)<br>)<br>) |

　　　THIS COURT having reviewed the Defendant's motion and the file in this matter IT IS HEREBY ORDERED that the sentence adjudged on January 28th 2011 be AMENDED to include the recommendation to the BOP that the defendant ELIJAH DARLEY L. WILLIAMS, be allowed to participate in RDAP if he is deemed eligible All other aspects of the Judgment and Sentence are to remain the same.

DATED  this 17th day of FEBRUARY 2011.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER TO AMEND SENTENCE/ RDAP - 1

LAW OFFICES OF KRUPA & CLARK
1008 S. YAKIMA AVE., STE. 100
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330